# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D2026-0928
5D2026-0930
LT Case Nos. 42-2025-MM-8866-A
42-2025-MM-8955-A

_____

VICTOR ESTEBAN HERRERA
GUTIERREZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Marion County.
Lori Cotton, Judge.

Matthew J. Metz, Public Defender, and Ali Lee Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

August 14, 2026

ON CONFESSION OF ERROR

PER CURIAM.

    Appellant, Victor Esteban Herrera Gutierrez, appeals his judgments and sentences. Appellant argues that the county court

lacked subject matter jurisdiction because no valid charging documents were ever filed. Appellee has filed a confession of error. We accept the confession of error, reverse the judgments, sentences, and liens, and remand for further proceedings.

REVERSED and REMANDED.

LAMBERT, BOATWRIGHT, and KILBANE, J.J., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____